B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Tollios, Pete Dimitrius II** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Tollios, Judith Mae** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-9788** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-5008** |
| Street Address of Debtor (No. and Street, City, and State):<br>**2171 Alexander Dr**<br>**Batavia, IL**　ZIP Code **60510** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**2171 Alexander Dr**<br>**Batavia, IL**　ZIP Code **60510** |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business:<br>**Kane** |
| Mailing Address of Debtor (if different from street address):　ZIP Code | Mailing Address of Joint Debtor (if different from street address):　ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Tollios, Pete Dimitrius II**<br>**Tollios, Judith Mae** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ Richard G. Larsen                                      May 28, 2009**<br>Signature of Attorney for Debtor(s)                (Date)<br>**Richard G. Larsen** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Tollios, Pete Dimitrius II**<br>**Tollios, Judith Mae** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Pete Dimitrius Tollios, II**
Signature of Debtor  **Pete Dimitrius Tollios, II**

**X** **/s/ Judith Mae Tollios**
Signature of Joint Debtor **Judith Mae Tollios**

_____
Telephone Number (If not represented by attorney)

**May 28, 2009**
Date

### Signature of Attorney*

**X** **/s/ Richard G. Larsen**
Signature of Attorney for Debtor(s)

**Richard G. Larsen**
Printed Name of Attorney for Debtor(s)

**Myler, Ruddy & McTavish**
Firm Name

**105 E. Galena Blvd.**
**8th Floor**
**Aurora, IL 60505**

Address

**amctavish@mrmlaw.com  cmyler@mrmlaw.com**
**630-897-8475  Fax: 630-897-8076**
Telephone Number

**May 28, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re: **Pete Dimitrius Tollios, II / Judith Mae Tollios**
Debtor(s)

Case No.
Chapter **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Pete Dimitrius Tollios, II**
                       **Pete Dimitrius Tollios, II**

Date:    **May 28, 2009**

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Pete Dimitrius Tollios, II**
**Judith Mae Tollios**
Debtor(s)

Case No.
Chapter **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
　　　☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
　　　☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
　　　☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:　　**/s/ Judith Mae Tollios**
　　　　　　　　　　　　**Judith Mae Tollios**

Date:　**May 28, 2009**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　Best Case Bankruptcy

**United States Bankruptcy Court**
**Northern District of Illinois**

In re  **Pete Dimitrius Tollios, II**
**Judith Mae Tollios**
Debtor(s)

Case No.
Chapter  **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **3,500.00** |
   | Prior to the filing of this statement I have received | $ **676.00** |
   | Balance Due | $ **2,824.00** |

2. $ **274.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **May 28, 2009**

/s/ Richard G. Larsen
**Richard G. Larsen**
**Myler, Ruddy & McTavish**
**105 E. Galena Blvd.**
**8th Floor**
**Aurora, IL 60505**
**630-897-8475   Fax: 630-897-8076**
**amctavish@mrmlaw.com  cmyler@mrmlaw.com**

# United States Bankruptcy Court
### Northern District of Illinois

In re: **Pete Dimitrius Tollios, II / Judith Mae Tollios**    Debtor(s)

Case No.
Chapter **13**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **91**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **May 28, 2009**    **/s/ Pete Dimitrius Tollios, II**
                          **Pete Dimitrius Tollios, II**
                          Signature of Debtor

Date: **May 28, 2009**    **/s/ Judith Mae Tollios**
                          **Judith Mae Tollios**
                          Signature of Debtor

```
Associated General Surgeons, S.C.
25 N. Winfield Rd, Ste 410
Winfield, IL 60190-1222


Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026


Bank of America - Prime Low
C/O National Enterprise Systems
29125 Solon Road
Solon, OH 44139-3442


Bank of America Card Service
C/O Sunrise Credit Services, Inc
P.O. Box 9100
Farmingdale, NY 11735-9100


Behavioral Psychology
999 Plaza Dr, Suite300
Schaumburg, IL 60173


Behavioral Psychology Assocs, PC
C/O Weiss & Mueller, Ltd.
7115 Windsor Lake Pkwy, Suite 275
Loves Park, IL 61111


Best Buy/HSBC Bank Nevada, N.A.
C/O Creditors Interchange
80 Holtz Drive
Buffalo, NY 14225


Best Buy/HSBC Bank Nevada, N.A.
C/O Academy Collection Service
10965 Decatur Road
Philadelphia, PA 19154-3210


Best Buy/HSBC Card Services
C/O I.C. System, Inc
P.O. Box 64887
Saint Paul, MN 55164-0887


Best Buy/Retail Services
PO Box 15521
Wilmington, DE 19850-5521
```

Best Buy/Reward Zone Program
C/O Malcolm S. Gerald & Assocs, Inc
332 S. Michigan Ave, Suite 600
Chicago, IL 60604


Best Buy/Reward Zone Program
Mastercard
P.O. Box 80045
Salinas, CA 93912-0045


Capital One
C/O TSYS Debt Management
PO Box 5155
Norcross, GA 30091


Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285


Capital One Bank (USA) N.A.
C/O Law Offices of Mitchell N Kay
205 W. Randolph St., Suite 920
Chicago, IL 60606


Capital One Bank (USA), N.A.
C/O NCO Financial Systems Inc
P.O. Box 61247, PT64
Virginia Beach, VA 23466


Central DuPage Hospital
C/O H&R Accounts, Inc
7017 John Deere Parkway
Moline, IL 61265


Central DuPage Hospital
C/O Pellettieri & Associates, LTD
P.O. Box 536
Linden, MI 48451-0536


Central DuPage Hospital
C/O Medical Accounting Service
5626 Frantz Rd., Box 7100
Dublin, OH 43017-0704

```
Central DuPage Hospital
25 N. Winfield Road
Winfield, IL 60190-1295


Central DuPage Hospital
Dept: 4698
Carol Stream, IL 60122-4698


Central DuPage Hospital
Dept 4698
Carol Stream, IL 60122-4698


Chase
P.O. Box 15298
Wilmington, DE 19850-5298


Chase Bank
Court Orders and Levies
451 Florida St., 3rd Floor
Baton Rouge, LA 70801


Chase Bank USA, N.A.
131 South Dearborn St., Floor 5
Chicago, IL 60603


Chase Bank USA, N.A.
C/O MRS Associates, Inc
1930 Olney Ave
Cherry Hill, NJ 08003


Chase Bank USA, NA
PO Box 15298
Wilmington, DE 19850-5298


Chase Card Services
P O Box 659409
San Antonio, TX 78265


Chase Card Services
P.O. Box 15298
Wilmington, DE 19850-5298


Chase Cardmember Service
P.O. Box 15548
Wilmington, DE 19886-5548
```

```
Chase Cardmember Service
PO Box 15548
Wilmington, DE 19886-5548


Citi
PO Box 653095
Dallas, TX 75265


Citi Cards
Card Service Center
P.O. Box 6275
Sioux Falls, SD 57117


Citibank
C/O The CBE Group, Inc.
131 Tower Park Dr., Suite 100
Waterloo, IA 50701


Debt Resolution & Arbitration Svcs
162 E. Chicago Street
Elgin, IL 60120


FIA Card Services
PO Box 15026
Wilmington, DE 19850-5026


First Nat'l Bank of Brookfield Visa
Customer Service
P.O. Box 30495
Tampa, FL 33630


Gap/GE Money Bank
P.O. Box 981064
El Paso, TX 79998-1064


Gap/GE Money Bank
C/O Encore Receivable Management
P.O. Box 3330
Olathe, KS 66063-3330


GE Capital
P.O. Box 740425
Atlanta, GA 30374-0425
```

```
GE Capital Cons CardC Co
PO Box 9001557
Louisville, KY 40190-1557


GE Money Bank
Attn Bankruptcy Department
PO Box 103104
Roswell, GA 30076


GE Money Bank
c/o Encore Receivable Mgmt Inc
400 N Rogers Rd, PO Box 3330
Olathe, KS 66063-3330


GE Money Bank
Attn Bankruptcy Dept
PO Box 103104
Roswell, GA 30076


GE Money Bank
P.O. Box 981064
El Paso, TX 79998-1064


GE Money Bank/Lowes
C/O NCC Business Services, Inc
3733 University Blvd W, Suite 300
Jacksonville, FL 32217


GE Money Bank/Meijer
Attn Bankruptcy Department
PO Box 103104
Roswell, GA 30076


GE Money Bank/PayPal Buyer Credit
P.O. Box 981064
El Paso, TX 79998-1064


Home Depot Credit Services
P.O. Box 689100
Des Moines, IA 50368-9100


Home Depot/Citibank
C/O Capital Management Services, LP
726 Exchange St., Suite 700
Buffalo, NY 14210
```

```
HSBC Bank Nevada, N.A.
C/OBlatt Hasenmiller Leibsker&Moore
125 South Wacker Dr, Suite 400
Chicago, IL 60606-4440


HSBC Bank Nevada, N.A.
P.O. Box 5244
Carol Stream, IL 60197-5244


HSBC Bank Nevada, N.A.
c/o Firstsource Advantage, LLC
205 Bryant Woods South
Buffalo, NY 14228


HSBC Bank Nevada, N.A.
C/O TSYS Total Debt Management, Inc
P.O. Box 6700
Norcross, GA 30091-6700


HSBC Retail Services
P.O. Box 5244
Carol Stream, IL 60197-5244


JP Morgan Chase
Court Orders and Levies
P.O. Box 260164, LA2-2808
Baton Rouge, LA 70826


JPMorgan Chase Bank, N.A.
Illinois Market
PO Box 260180
Baton Rouge, LA 70826-0180


Kohl's
P.O. Box 3004
Milwaukee, WI 53201-3004


Kohl's
P.O. Box 3043
Milwaukee, WI 53201-3043


Kohl's Collections Department
P.O. Box 3084
Milwaukee, WI 53201
```

Lane Bryant
C/O Professional Bureau Collections
9675 Elk Grove-Florin Rd
Elk Grove, CA 95624


Lane Bryant
PO Box 84047
Columbus, GA 31908-4047


Lane Bryant/Spirit of America
C/O Professional Bureau Collections
P.O. Box 628
Elk Grove, CA 95759-0628


Linens 'N Things/ GE Money Bank
C/O Aegis Receivables Management
P.O. Box 404
Fort Mill, SC 29716-0404


Linens 'N Things/GE Money Bank
C/O Alliance One Receivables Mgmt
4850 Street Rd., Suite 300
Feasterville Trevose, PA 19053


Lowes
C/O Genpact Services LLC
P.O. Box 1969
Southgate, MI 48195-0969


Lowes/GE Money Bank
C/O Nationwide Credit, Inc
2015 Vaughn Rd NW, Ste 400
Kennesaw, GA 30144-7802


LVNV Funding LLC
Attn Bankruptcy Dept
PO Box 10587
Greenville, SC 29603-0584


Macy's
C/O Van Ru Credit Corp
1350 E. Touhy Ave, Suite 100E
Des Plaines, IL 60018-3307

```
Macy's
111 Boulder Industrial Dr
Bridgeton, MO 63044


MiraMed Revenue Group
Dept 77304
P.O. Box 77000
Detroit, MI 48277-0304


Old Navy Visa
C/O SIMM Associates, Inc
800 Pencader Drive
Newark, DE 19702


Old Navy Visa
C/O GE Money Bank
P.O. Box 981064
El Paso, TX 79998-1064


Old Navy Visa



Resurgent Capital Service
P.O. Box 10584
Greenville, SC 29603


Resurgent Capital Services LP
15 South Main Street, Suite 500
Greenville, SC 29601


Revenue Production Management
PO Box 673775
Detroit, MI 48267-3775


Rush University Medical Center
C/O Absolute Collection Service
421 Fayetteville St, Suite 600
Raleigh, NC 27601


Rush University Medical Group
75 Remittance Dr Dept 1611
Chicago, IL 60675-1611
```

```
Sears Gold Mastercard
P.O. Box 6282
Sioux Falls, SD 57117-6282


Sears/Resurgent Capital Services
C/O Echelon Recovery Inc
P.O. Box 1880
Voorhees, NJ 08043


Sherman Originator LLC
P.O. Box 10497
Greenville, SC 29603


Summit Clinical Services, Inc
1761 South Naperville Rd
Suite 200
Wheaton, IL 60189


Target National Bank
C/O Leading Edge Recovery Solutions
5440 N Cumberland Ave, Ste 300
Chicago, IL 60656-1490


Target National Bank
C/O CCB Credit Services
5300 S. 6th Street
Springfield, IL 62703-5184


Target National Bank
3901 West 53rd Street
Sioux Falls, SD 57106-4216


Target National Bank
C/O Target Credit Services
P.O. Box 1581
Minneapolis, MN 55440-1581


Target National Bank
C/O Universal Fidelity Collections
P.O. Box 59317
Minneapolis, MN 55459


The Gap
C/O Allied Interstate, Inc.
3000 Corporate Exchange Dr, 5th Flr
Columbus, OH 43231
```

```
Walter E. Smithe Furniture
P.O. Box 15521
Wilmington, DE 19850-5521


Washington Mutual
P.O. Box 9001123
Louisville, KY 40290-1123
```